February 2, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

THE CITY OF HOUSTON, Appellant

NO. 14-11-00391-CV            V.

GREGORY SAUCEDA, Appellee

_____

This cause, an interlocutory appeal from an order denying appellant's plea to the jurisdiction signed April 27, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by THE CITY OF HOUSTON.

We further order this decision certified below for observance.